**T. M. CATHEY and C. C. Cathey doing business as Cathey Lumber Company (Charles C. Cathey, as executor of the estate of T. M. Cathey, substituted for T. M. Cathey, deceased), Petitioners v. NATIONAL LABOR RELATIONS BOARD, Respondent.**

No. 13005.

United States Court of Appeals
Fifth Circuit.

Jan. 22, 1951.

Fred S. Ball, Jr., Montgomery, Ala., for petitioner.

Frederick U. Reel, Attorney, National Labor Relations Board, A. Norman Somers, Asst. General Counsel, and David P. Findling, Associate General Counsel, all of Washington, D. C., for respondent.

Before HOLMES, BORAH and RUSSELL, Circuit Judges.

PER CURIAM.

It is considered by the court that the petition to set aside the order of the Board should be, and the same hereby is, denied, and that the petition for enforcement of the Board's order should be, and the same hereby is, granted.

**UNITED STATES of America ex rel. Robert L. BRADFORD, Relator-Appellant, v. E. E. THOMPSON, Warden, Federal Detention Headquarters, Respondent-Appellee.**

No. 146, Docket 21775.

United States Court of Appeals
Second Circuit.

Submitted Jan. 10, 1951.

Decided Jan. 11, 1951.

Robert L. Bradford, pro se.

Irving H. Saypol, U. S. Atty., for the Southern District of New York, New York City (Harold J. Raby, Asst. U. S. Atty., New York City, of counsel), for Respondent-Appellee.

Before CHASE, CLARK and FRANK, Circuit Judges.

PER CURIAM.

Appeal dismissed for mootness in open court.